UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
STATE AUTOMOBILE MUTUAL          :
INSURANCE CO.,                   :
                                 :   CASE NO. 1:11-CV-02482
        Plaintiff,               :
                                 :
    v.                           :   OPINION & ORDER
                                 :   [Resolving Doc. No. 5, 9]
ELECTROLUX HOME PRODUCTS,        :
INC., *et al.*,                  :
        Defendants.              :
                                 :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this products liability case, Defendant Electrolux Home Products, Inc. moves to dismiss the Plaintiff's complaint for failure to plead claims in sufficient detail to state a claim for relief. [Doc. 5.] Plaintiff State Automobile Mutual Insurance Co. moves to amend its complaint, seeking to supplement the complaint with details from an expert report received three days prior to the motion. [Doc. 9.]

A district court "should freely give leave [to amend a pleading] when justice so requires." Fed. R. Civ. P. 15(a)(2). The Plaintiff evinces no dilatory purpose in moving–indeed, to expedite proceedings, the Plaintiff filed a proposed amended complaint with its motion for leave to amend three days after receiving the requisite expert report. [Doc. 9-3.] Granting leave to amend is in the

-1-

-2-

Case No. 1:11-cv-02482
Gwin, J.

interest of justice and will not unduly prejudice Defendant Electrolux, which entity has already filed an answer to the amended complaint. [Doc. 20.] Accordingly, the Plaintiff's motion for leave to amend its complaint is **GRANTED**, and the Defendant's Motion to Dismiss is therefore **DENIED** as moot.

      IT IS SO ORDERED.


Dated: February 7, 2012                              s/     *James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE